IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DEREK MORTLAND, Individually,

    Plaintiff,

v.                                  CASE NO.: 4:13-CV-00162-BAE-ORS

BELK, INC., a Delaware Corporation, and
BELK'S DEPARTMENT STORE OF
SAVANNAH GA, INC., a Georgia Corporation,

    Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court upon the Amended Stipulation of Dismissal With Prejudice. The Court having carefully reviewed said Stipulation and after due consideration, it is ORDERED AND ADJUDGED that the Amended Stipulation For Dismissal With Prejudice filed herein by the Plaintiff and Defendants is approved and the above-styled case is hereby **DISMISSED** with prejudice.

DONE AND ORDERED this 11th day of December, 2013

                                                UNITED STATES DISTRICT JUDGE

16629653.1